IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | MISC. ACTION NO. |
| v. | ) | 2:17mc3790-MHT |
| | ) | (WO) |
| LUKE INDUSTRIES, | ) | |
| Montgomery, AL, | ) | |
| | ) | |
| Garnishee, | ) | |
| | ) | |
| KENDELL WILLIAMS, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

It is ORDERED that the government's motion to dismiss the writ of garnishment (doc. no. 7) is granted, and the writ of garnishment (doc. no. 2) against garnishee Luke Industries is dismissed.

This case is closed.

DONE, this the 25th day of September, 2017.

                                  /s/ Myron H. Thompson
                                 **UNITED STATES DISTRICT JUDGE**